IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANKIE COLE, et al.,** | ) | **CASE NO. 4:06CV3314** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER TO** |
| v. | ) | **SHOW CAUSE** |
| | ) | |
| **ROBERT HOUSTON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Whereas, 28 U.S.C. §1915(g) provides:

In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

And, whereas, a search of the records of this Court reveals that the Plaintiff, Frankie Cole, has brought the following actions that were dismissed:

1. Cole v Leech, et al, 4:93CV3399.

2. Cole v Richard, et al, 4:94CV3025.

3. Cole v Sievers, et al, 4:94CV3199.

4. Cole v Johnson, et al, 4:97CV3064.

5. Cole v Connelly, et al, 4:97CV3138.

6. Cole v Ogorzolka, et al, 8:89CV772.

7. Cole v Houston, et al, 8:92CV705.

8. Cole v Leonard, et al, 8:93CV35.

9. Cole v Houston, et al, 8:93CV131.

10. Cole v Kiem, et al, 8:93CV211.

11. Cole v Squires, et al, 8:96CV153.

Therefore, on or before **August 20, 2007**, the Plaintiff shall file with this Court either an affidavit or an affirmation made under penalty of perjury stating any reasons why the above-captioned action should not be dismissed in accordance with 28 U.S.C. §1915(g), or payment of the full filing fee. In the absence of such a filing showing good cause why this action should not be dismissed or payment of the full filing fee, an order of dismissal will be entered.

Dated this 24th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge