IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARVEL JONES,** | ) | **CASE NO. 4:06CV3314** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **FRANCIS BRITTEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. Plaintiff had until December 15, 2007, in which to serve the only remaining Defendant, Francis Britten. Plaintiff was informed of this deadline in the court's November 2, 2007, Order (Filing No. 114) and again in the court's December 5, 2007, Order. (Filing No. 116.) Plaintiff has never returned a completed summons form to the Clerk of the court for service on Defendant Britten, and Defendant Britten has not been served with summons. (*See* Docket Sheet.)

Plaintiff shall have 30 days, or until February 4, 2008, to show cause why this case should not be dismissed due to Plaintiff's failure to serve summons.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to serve summons on Defendant Francis Britten by December 15, 2007. Plaintiff shall have 30 days, or until February 4, 2008, to show cause why this case should not be dismissed.

2. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without further notice.

3. The Clerk of the court is directed to set a pro se case management deadline with the following text: February 4, 2008: deadline for Plaintiff to show cause why service of process was not completed.

DATED this 3rd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge